# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

150241

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

EVERETT TOWNSHIP,
      Plaintiff/Counter-Defendant/
      Appellee,

v

SC: 150241
COA: 299420
Newaygo CC: 07-019178-CE

STEVEN SKOWRONSKI, SCOTT BURN,
Personal Representative for the ESTATE OF
MICHAEL MILLER, FRED S. WISNIEWSKI,
EDWIN UNGREY, RICHARD J. SIMONS,
SANDRA L. SIMONS, WALTER W.
CARHART, COLLEEN B. CARHART, CAROL
WEATHERHEAD, ROBERT & HOLLY
PIETILA TRUST, LAURA ANN PACIFICI,
DOROTHY L. LAKE, ROBERT F. LAKE,
RANDALL D. LOWING, NANCY A. LOWING,
JEFFREY A. BALL, and GWEN L. BALL,
      Defendants,
and

DANIEL HANKS, SR., DONNA JACHIM,
LINDA BARLE, JOHN HANKS, JR., and
CAROL HANKS,
      Defendants-Appellants,
and

KENNETH THEDE and CHERYL THEDE,
      Defendants-Appellees,
and

RAY W. ROTHENTHALER,
      Defendant/Counter-Plaintiff.

_____/

      On order of the Court, the application for leave to appeal the September 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

s0513